J. Philip MURPHY, C. Dudley De Vilbis, and Y. C. Soda, Appellants, v. UNITED STATES of America, Appellee.

No. 10927.

Circuit Court of Appeals, Ninth Circuit.

March 26, 1945.

Heller, Ehrman, White & McAuliffe and Albert M. Monaco, all of San Francisco, Cal., for appellants.

M. Mitchell Bourquin, Sp. Asst. to Atty. Gen., Lands Division, and Thomas Martin, Atty., Dept. of Justice, of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Ordered motion of appellee to dismiss appeal herein argued by Mr. Albert Monaco, counsel for appellants, and by Mr. Tom Martin, Attorney, Department of Justice, counsel for appellee, and submitted to the court for consideration and decision. Upon consideration thereof, further ordered said motion granted, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue pursuant to rule.